**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

         -against-

LUIYI SANTANA,

               **Defendant.**

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 12/19/2023
```

**23-MJ-06598 (UA)-3**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       In light of Luiyi Santana's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to June 19, 2025. All other deadlines are adjourned until further order of the Court.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED:     December 19, 2023
             New York, New York